UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                  Case No. 96-cr-80446
                                                      Hon. Matthew F. Leitman

v.

GHASSAN SALEH,

        Defendant.
_____/

**ORDER (1) DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 32) AND (2) TERMINATING DEFENDANT'S MOTION TO APPOINT COUNSEL (ECF No. 33) AS MOOT**

Now pending before the Court is Defendant Ghassan Saleh's motion for early termination of his term of supervised release. (*See* Mot., ECF No. 32.) Saleh has also filed a motion for the appointment of counsel in which he requests that the Court appoint him an attorney "to assist [him] with the motion for [] early termination of [his] supervised release." (Mot., ECF No. 33, PageID.5.) The Government filed a response to Saleh's motion to terminate his supervised release on June 14, 2024. (*See* Resp., ECF No. 35.)

1

The Court has carefully reviewed Saleh's motion to terminate his supervised release and **DENIES** it for the reasons explained in the Government's response brief.

Finally, because the Court has denied Saleh's motion to terminate his supervised release, it will **TERMINATE WITHOUT PREJUDICE** Saleh's motion for the appointment of counsel because that motion is now moot.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 13, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126